IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JARESA ROBINSON                                                                                          PLAINTIFF

v.                                    Case No. 4:22-cv-04007

PILOT TRAVEL CENTERS, LLC
D/B/A FLYING J TRAVEL
CENTER #606 and BRENT
DAVIS                                                                                                    DEFENDANTS

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. ECF No. 13. No response is necessary, and the matter is ripe for consideration.

The parties inform the Court that they have reached a settlement agreement. The parties stipulate to the dismissal of Plaintiff's claims against Defendants with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The "entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, Plaintiff's claims were effectively dismissed when the stipulation was filed. However, the instant Order issues for purposes of maintaining the docket.

Therefore, to the extent that the instant stipulation (ECF No. 13) constitutes a motion, it is hereby **GRANTED**. Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. Further, **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Order. The Court

retains jurisdiction to vacate this Order and reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

      **IT IS SO ORDERED**, this 3rd day of March, 2023.

                                                                         /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        Chief United States District Judge